CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

OCT 02 2018

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE
# UNITED STATES DISTRICT COURT
# FOR THE
# WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

UNITED STATES OF AMERICA      :

     :

v.      :    CASE NO.    3:18-MJ-00024

     :                       3:18-MJ-00025

BENJAMIN DRAKE DALEY,      :                       3:18-MJ-00026

     :                       3:18-MJ-00027

MICHAEL PAUL MISELIS,      :

     :

THOMAS WALTER GILLEN,      :

     :

COLE EVAN WHITE      :

## MOTION TO UNSEAL

Comes now the United States of America through its attorney and moves to unseal the above-captioned case.

All four defendants have been arrested and are awaiting their initial hearing.

Respectfully submitted,

THOMAS T. CULLEN
United States Attorney

Christopher Kavanaugh
Assistant United States Attorney

Date:     October 2, 2018

1